# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **THE GOODYEAR TIRE & RUBBER COMPANY** ) ) ) | Case No. **5:11-cv-01170** |
| v. ) ) | |
| **G4S SECURE SOLUTIONS (U.S.A.) INC.** ) ) ) | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**G4S Secure Solutions (USA) Inc., f/k/a The Wackenhut Corporation**.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __✗__ Yes     _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **See Attached Page**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes     __✗__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   

| s/ Max W. Thomas | 8/8/2011 |
|---|---|
| (Signature of Counsel) | (Date) |

Attachment to Corporate Disclosure Statement of Defendant
G4S Secure Solutions (USA) Inc., f/ka/ The Wackenhut Corporation

G4S Secure Solutions (USA) Inc. f/k/a The Wackenhut Corporation is a directly wholly owned subsidiary of G4S Holding One, Inc (G4SHO), a Delaware Corporation. G4SHO is a wholly owned subsidiary of G4S US Holdings Limited (G4SUSH), a British company. G4SUSH is a wholly owned subsidiary of G4S Corporate Services Limited (G4SCS), a British company. G4SCS is a wholly owned subsidiary of G4S plc, a British company publicly traded in the London Stock Exchange.