UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GOODYEAR TIRE AND RUBBER COMPANY, | ) ) ) | CASE NO. 5:11-cv-01170 |
| Plaintiff, | ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) ) | CASE MANAGEMENT CONFERENCE ORDER |
| G4S SECURE SOLUTIONS (USA) INC., | ) ) | CASE MANAGEMENT PLAN |
| Defendant. | ) | LR 16.1(b)(4) |

1. A Case Management Conference was conducted on January 6, 2012.

2. The following parties were present:
    A. Plaintiff: Barbara Jochum of Goodyear Tire and Rubber Company
    B. Defendant: Bruce Johnkoski of G4S Secure Solutions (USA) Inc.

3. The following attorneys were present:
    A. Plaintiff's counsel: Elizabeth T. Smith
    B. Defendant's counsel: Jeffrey S. Dunlap

4. A Discovery Plan was filed on December 29, 2011.

-1-

### REGISTRATION FOR RECEIPT OF ELECTRONIC DOCUMENTS

If it has not already been done, all counsel must complete Attorney Registration Forms and return them to the Clerk of Court as soon as possible so that attorney user accounts can be established.  An Attorney Registration Form is in the Policies and Procedures Manual.  In addition, counsel can easily register online at:

> http://www.ohnd.uscourts.gov/home/clerk-s-office-and-court-records/electronic-filing/cm-ecf-attorney-registration/

As soon as accounts are established, counsel will be provided with user identification names and passwords which will permit access to the electronic filing system and which shall serve as signatures for any and all documents filed electronically.

The Clerk's Office has established an Electronic Filing Help Desk at 1-800-355-8498 to answer questions and provide assistance should difficulties arise.

### RULINGS ON ADDITIONAL MATTERS PURSUANT TO LR 16.3(b)(2)

5. After consultation with the parties and counsel, the Court determined that this case will proceed on the Standard Track.

6. This case is not referred to Alternative Dispute Resolution (ADR) at this time and will be discussed further at the March 9, 2012 status conference.

7. The parties do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

8. Because the parties agree that this matter should proceed on the filing of cross-motions for summary judgment, the Court adopts the following briefing schedule:

> January 30, 2012: Filing of Joint Stipulated Facts
> 
> March 15, 2012:  Filing of Cross-Motions for Summary Judgment
> 
> April 16, 2012:   Filing of Memoranda in Opposition to Motions
> 
> April 30, 2112: Filing of Reply Memoranda in Further Support of Motions

In the event that both motions for Summary Judgment are denied, the Court will determine the appropriate discovery schedule, including the discovery cut off-date and case-specific rulings concerning the type and extent of discovery.

9. The next Status Conference will be held on March 9, 2012 at 4 pm. The conference will be conducted *via* telephone unless circumstances require otherwise. Plaintiff's Counsel is to setup the conference call. Parties' attendance is welcome, but not mandatory. Counsel should notify the Court in advance of the Status Conference if the matter has settled. An agenda item for the Status Conference include discussion of occurrences since the Case Management Conference and the necessity for filing the cross-motions for summary judgment.

10. Protective orders: A proposed protective order will be rejected by the Court unless, it requires the party relying upon, in a pleading, materials which have been designated "confidential" to ensure that an electronic copy of the material is submitted to the Court. This shall be the responsibility of the party using the confidential material, not the Clerk's Office. Agreed protective orders which comply with the above will be approved, but with the understanding that, in the event this case should go to trial, no materials used in open court shall be entitled to the continuing designation of "confidential."

If any party seeks to obtain judgment by either a motion to dismiss or a motion for summary judgment, only supporting confidential documentation, not the motions themselves, may be filed under seal.

11. Counsel shall comply with LR 8.1 and 5.2. *See* pages 9-12 of the Electronic Filing Policies and Procedures Manual for further instructions.

12. Additional Rulings Regarding Motions – LR 7.1(b)-(j) (12/09):

The Court will strictly enforce provisions regarding length of memoranda filed in support of motions. *See* LR 7.1(f). Motions for relief from the length restrictions must show good cause for

such relief and must be made sufficiently in advance to permit the Court to rule and the Clerk's Office to issue the ruling. Motions for relief from length restrictions which are filed contemporaneously with the memoranda exceeding the page limits will be denied.

The Court will permit only the motion with its supporting memorandum, the memorandum in opposition, and a reply. No sur-replies will be permitted absent advance leave of Court.

IT IS SO ORDERED.

  January 6, 2012                                         *s/ Benita Y. Pearson*
Date                                                                Benita Y. Pearson
                                                                                  U.S. District Judge